Order entered November 15, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01118-CR

## GONZALO HERNANDEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-52654-Y

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's November 13, 2012 request

for an extension of time to file the reporter's record. The time to file the reporter's record is

**EXTENDED** to December 3, 2012.

_____
LANA MYERS
JUSTICE